10-24-01 JRG102900-3T-LIT (11-14-01)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HILDA CHAMPION,                    )
                                   )
                Plaintiff,         )
                                   )    No. 01C 8774
        v.                         )
                                   )    JUDGE PALLMEYER
E-Z MOVERS, INC.,                  )
                                   )    MAGISTRATE JUDGE BOBRICK
                Defendant.         )

## COMPLAINT AT LAW

NOW COMES Plaintiff, HILDA CHAMPION, by her attorneys, JAMES R. GANNON,

DOUGLAS A. LINDSAY, and JOSEPH R. JEFFERY, with LEWIS, OVERBECK &

FURMAN, of counsel, and for her Complaint states:

1.  Hilda Champion is a citizen and resident of Naples, Florida.

2.  E-Z Movers, Inc. is an Illinois corporation and a common carrier of household goods

with its principal offices at 8124 Central Park, Skokie, Illinois 60076.

3.  On May 25, 2001, Hilda Champion engaged the services of E-Z Movers to move

certain household goods from 505 North LaSalle Drive, Chicago, Illinois to 2740 Buckthorn

Way, Naples, Florida 34105.   A copy of the Bill of Lading contract is attached hereto as Exhibit

A.

4.  This action is brought pursuant to 49 U.S.C. Section 14706 and 28 U.S.C. Section

1337 the amount in controversy exceeding $10,000.00 exclusive of interest and costs.

1

| Item | Age | | |
|------|-----|---|---|
| 15. two kitchen storage containers: broken value: $20 each | ½ year | --- | $40 |
| 16. tv/night stand "Woog", imported: broken and deformed | ½ year | --- | $900 |
| 17. wooden office desk and filing cabinets: completely destroyed | 1 year | --- | $7,500 |
| 18. card table: broken | 1 ½ years | --- | $100 |
| 19. one travel bag missing containing: set of queen size bed sheets set of towels several items of clothing (shirts, underwear, shorts, jeans etc.) | 1 ½ years 1 year 1 year ½ year | --- --- --- --- | $150 $180 $120 $250 |
| 20. electric pants presser: base broken off and missing | 1 ½ years | $40 | |
| 21. most of the business clothing needs dry cleaning as boxes were crushed with partial water damage | | $300 | |
| 22. several pictures/paintings: broken glass, broken frames | | $550 | |
| 23. kitchen cabinet: broken | 1 year | --- | $1,498 |
| 24. one dinner coffee cup: broken handle | new | --- | $20 |
| 25. bar table base, steel: frame bent | ½ year | ? | $979 |
| 26. white metal organizer: missing | 1 ½ years | --- | $75 |

EXHIBIT B

| # | Item description | Age of item | Est. cost of repair | Est. cost of replacement |
|---|---|---|---|---|
| 1. | Red couch "Rolf Benz", made in Germany: 2 legs broken off, backing pushed out of alignment, 2 bottom caps for legs missing | 1 ½ years | ? | $7,600 |
| 2. | pitcher for ACME juicer: broken | new | --- | $50 |
| 3. | coffee/end table set: coffee table: frame bent and broken, glass top chipped set of three metal end tables: 1 base bent, paint on all scratched and chipped | ½ year | ? | $1,200 |
| 4. | pillows, bed sheets, blankets: wet, dry cleaning required | ½ year | $50 | $300 |
| 5. | coffee maker pot broken | 2 years | --- | $150[1] |
| 6. | two glass vases smashed, value approx. 40$ each | ½ year | --- | $80 |
| 7. | metal shelf "Etagere": bent and distorted | ½ year | ? | $354 |
| 8. | floor lamp, brass , swivel top: ruined | 2 years | --- | $400 |
| 9. | one colored red wine glass broken, set of six | ½ year | --- | $30 |
| 10. | green leather/cast iron dining chairs, set of six, made in Italy, 3 of them completely destroyed | 1 year | --- | $5,300 |
| 11. | one recliner chair "Roche Bobois": completely, destroyed | 1 year | --- | $3,400 |
| 12. | one 23" tv/vcr set, color, remote: in small pieces | 1 ½ years | --- | $425 |
| 13. | large oil pot, set of three, several deep dents | new | --- | $60 |
| 14. | one votive light, imported: broken | 1 ½ years | --- | $20 |

---

[1] Cost for coffee maker as unable to replace pot

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Cat #2

HILDA CHAMPION

## DEFENDANTS

E-Z MOVERS, INC.

NOV 2001

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __LEE__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __COOK__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
LEWIS, OVERBECK & FURMAN
135 S. LaSalle St., Suite 2300
Chicago, IL 60603
312-580-1220

ATTORNEYS (IF KNOWN)

JUDGE PALLMEYER

01C 0774

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Complaint for damages to goods being moved in interstate commerce
by a common carrier. 49 U.S.C. 14706

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☒ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. REMARKS

In response to ☒ is not a refiling of a previously dismissed action
General Rule 2.21D(2) this case ☐ is a refiling of case number _____ of Judge _____

DATE
11/14/01

SIGNATURE OF ATTORNEY OF RECORD
James R Gannon

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

HILDA CHAMPION,

               Plaintiff,

    v.

E-Z MOVERS, INC.,

               Defendant.

Case Number:

JUDGE **01C 8774**

JUDGE PALLMEYER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

    HILDA CHAMPION

MAGISTRATE JUDGE BOBRICK

---

**(A)**

SIGNATURE

NAME
JAMES R. GANNON

FIRM
LEWIS, OVERBECK & FURMAN

STREET ADDRESS
135 S. LaSalle St., Suite 2300

CITY/STATE/ZIP
Chicago, IL 60603

TELEPHONE NUMBER
312-580-1220

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
00910597

MEMBER OF TRIAL BAR?    YES [X]    NO [ ]

TRIAL ATTORNEY?    YES [X]    NO [ ]

---

**(B)**

SIGNATURE

NAME
DOUGLAS A. LINDSAY

FIRM
LEWIS, OVERBECK & FURMAN

STREET ADDRESS
135 S. LaSalle St., Suite 2300

CITY/STATE/ZIP
Chicago, IL 60603

TELEPHONE NUMBER
312-580-1251

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
01667998

MEMBER OF TRIAL BAR?    YES [X]    NO [ ]

TRIAL ATTORNEY?    YES [ ]    NO [X]

DESIGNATED AS LOCAL COUNSEL?    YES [ ]    NO [X]

---

**(C)**

SIGNATURE

NAME
JOSEPH R. JEFFERY

FIRM
LEWIS, OVERBECK & FURMAN

STREET ADDRESS
135 S. LaSalle St., Suite 2300

CITY/STATE/ZIP
Chicago, IL 60603

TELEPHONE NUMBER
312-580-1213

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
06239226

MEMBER OF TRIAL BAR?    YES [ ]    NO [X]

TRIAL ATTORNEY?    YES [ ]    NO [X]

DESIGNATED AS LOCAL COUNSEL?    YES [ ]    NO [X]

---

**(D)**

SIGNATURE

NAME

FIRM

STREET ADDRESS

CITY/STATE/ZIP

TELEPHONE NUMBER

IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)

MEMBER OF TRIAL BAR?    YES [ ]    NO [ ]

TRIAL ATTORNEY?    YES [ ]    NO [ ]

DESIGNATED AS LOCAL COUNSEL?    YES [ ]    NO [ ]

---

**PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.**